No. 79–5491. Long v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 79–5494. Sutton v. United States. C. A. 4th Cir. Certiorari denied.

No. 79–5495. Miller v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–5497. Riggs v. Flamm, Warden, et al. C. A. 6th Cir. Certiorari denied.

No. 79–5498. Riggs v. United States. C. A. 4th Cir. Certiorari denied.

No. 79–5500. Waite v. United States. C. A. 6th Cir. Certiorari denied.

No. 79–5502. Young v. United States Air Force Voluntary Induction Testing Center at Indianapolis, Indiana. C. A. 7th Cir. Certiorari denied.

No. 79–203. Ochs v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Stewart would grant certiorari.

No. 79–5047. Britton v. Texas. Ct. Crim. App. Tex. Certiorari denied. Mr. Justice Stewart would grant certiorari.

No. 79–347. City of Los Angeles, California, et al. v. Goldschmidt, Secretary of Transportation, et al. C. A. D. C. Cir. Motion of Airport Operators Council International for leave to file a brief as amicus curiae granted. Certiorari denied.